**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENZELL METCALF,<br><br>                   Plaintiff,<br><br>          v.<br><br>DOE, *et al.*,<br><br>                   Defendants. | No.  1:26-cv-02283 JLT FJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(Docs. 2, 7)<br><br>**21-DAY DEADLINE** |

Denzell Metcalf is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2026, the assigned magistrate judge issued findings and recommendations that plaintiff's application to proceed *in forma pauperis* be denied and that plaintiff be required to pay the $405.00 filing fee in full to proceed with this action.  (Doc. 7.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service.  (*Id.*)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1.      The findings and recommendations issued on March 30, 2026, (Doc. 7), are

1

**adopted in full**.

2.    According to 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis*, (Doc. 2), is denied.

3.    **Within 21 days** following the date of service of this order, plaintiff shall pay the $405.00 filing fee in full to proceed with this action.  If plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.

IT IS SO ORDERED.

Dated:    **April 29, 2026**

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE

2