**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENZELL METCALF,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE (1), *et al.*,<br><br>        Defendants. | No. 1:26-cv-02283 JLT FJS (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND FAILURE TO OBEY COURT ORDER<br><br>(Doc. 9) |

Plaintiff Denzell Metcalf is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 30, 2026, the assigned Magistrate Judge issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* be denied pursuant to 28 U.S.C. § 1915(g) and that Plaintiff be required to pay the filing fee in full to proceed with this action. (Doc. 7.)

On April 30, 2026, the Court adopted the findings and recommendations in full and ordered Plaintiff to pay the $405.00 filing fee in full within 21 days. (Doc. 9.) The Court also warned Plaintiff that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice. (*Id.*) Plaintiff has not paid the filing fee, and the deadline for him to do so has expired.

Because Plaintiff has failed to obey the court's order and pay the appropriate filing fee,

1

this case cannot proceed. This matter will be dismissed. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260–61 (9th Cir. 1992).

Based on the foregoing, the Court **ORDERS**:

1. This action is dismissed, without prejudice, for Plaintiff's failure to comply with the Court's order and his failure to pay the filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **June 5, 2026**

UNITED STATES DISTRICT JUDGE

2